NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JARVIS JILES, )
)
        Appellant, )
)
v. )     Case No. 2D18-1849
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed March 8, 2019

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenberry,
Judge.

Jarvis Jiles, pro se.

PER CURIAM.

       Affirmed.

CASANUEVA, MORRIS, and LUCAS, JJ., Concur.